UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SALVADOR GOMEZ, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 3625 |
| | ) | |
| v. | ) | Judge Hart |
| | ) | Magistrate Judge Mason |
| CAR-MIN CONSTRUCTION CO., | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED MOTION FOR EXTENSION OF TIME

Defendant, CAR-MIN CONSTRUCTION CO., by its attorney, David A. Axelrod, moves for an extension of time to answer or otherwise plead. In support of this Motion, Defendant states:

1. Defendant was served with the Summons and Complaint on July 2, 2008. Therefore, Defendant's responsive pleading is due on July 22, 2008.

2. Defendant has just retained counsel who requires additional time to review the facts of the case and submit Defendant's responsive pleading. Defendant seeks an additional twenty (20) days, until August 11, 2008.

3. Counsel for Defendant, David A. Axelrod, has conferred with counsel for Plaintiff, Alejandro Caffarelli, who has agreed to the extension sought by the Defendant.

Wherefore, Defendant, CAR-MIN CONSTRUCTION CO., prays this Court enter an Order extending the time to answer or otherwise plead from July 22, 2008 to August 11, 2008.

                                    CAR-MIN CONSTRUCTION CO.


                                  By:    /s/ David A. Axelrod
                                              One of Its Attorneys


David A. Axelrod
DAVID A. AXELROD & ASSOCIATES, P.C.
20 S. Clark St., Suite 2200
Chicago, Illinois 60603
(312) 782-4600