UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SALVADOR GOMEZ, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 3625 |
| | ) | |
| v. | ) | Judge Hart |
| | ) | Magistrate Judge Mason |
| CAR-MIN CONSTRUCTION CO., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:  Mr. Alejandro Caffarelli
    Caffarelli & Siegel, Ltd.
    Two Prudential Plaza
    180 N. Stetson Avenue, Suite 3150
    Chicago, IL 60601
    (312) 540-1230
    (312) 540-1231 (Fax)
    E-Mail: a.caffarelli@caffarelli.com

**PLEASE TAKE NOTICE** that on Wednesday, July 23, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before **The Honorable William T. Hart,** or any judge sitting in his stead, in Courtroom 2243 of the United States District Court located at 219 S. Dearborn Street in Chicago, Illinois, and will then and there present **AGREED MOTION FOR EXTENSION OF TIME**, a copy of which is attached hereto.

                                    CAR-MIN CONSTRUCTION CO.


                                    By:   /s/ David A. Axelrod
                                           One of Its Attorneys

David A. Axelrod
David A. Axelrod & Associates, P.C.
20 S. Clark Street, Suite 2200
Chicago, Illinois 60603
(312) 782-4600

**CERTIFICATE OF SERVICE**

  Under penalties as provided by law pursuant to 28 U.S.C. § 1746 and under penalties of perjury, the undersigned, certifies that a copy of this notice was served on the above listed attorneys by:

____ Hand delivering same to the above attorneys at the above addresses;

__X__ Depositing same in the U.S. Mail Depository at 20 South Clark Street, Chicago, Illinois with proper postage prepaid;

____ Transmitting same to the above attorneys via facsimile;

____ Submitting same via overnight courier; or

__X__ Serving same pursuant to Electronic Case Filing

on this __**18TH**__ day of __**July**__, 2008.

                By:_____/s/ David A. Axelrod_____

DAVID A. AXELROD & ASSOCIATES, P.C.
20 S. Clark Street, Suite 2200
Chicago, Illinois 60603
(312) 782-4600