## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SALVADOR GOMEZ, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 3625 |
| | ) | |
| v. | ) | Judge Hart |
| | ) | Magistrate Judge Mason |
| CAR-MIN CONSTRUCTION CO., | ) | |
| | ) | |
| Defendant. | ) | |

## **NOTICE OF FILING**

To:   Mr. Alejandro Caffarelli
      Caffarelli & Siegel, Ltd.
      Two Prudential Plaza
      180 N. Stetson Avenue, Suite 3150
      Chicago, IL 60601
      (312) 540-1230
      (312) 540-1231 (Fax)
      E-Mail: a.caffarelli@caffarelli.com

    On August 11, 2008, the undersigned filed with the Clerk of the Northern District Court of Illinois, Eastern Division, a copy of the attached Certificate of Service, evidencing service of the following: **ANSWER TO COMPLAINT AT LAW**, a copy of which is attached herewith.

                                CAR-MIN CONSTRUCTION CO.


                                By:    /s/ David A. Axelrod
                                       One of Its Attorneys

David A. Axelrod
Robert A. Cohen
Lyle K. Henretty
David A. Axelrod & Associates, P.C.
20 S. Clark Street, Suite 2200
Chicago, Illinois 60603
(312) 782-4600

**CERTIFICATE OF SERVICE**

      Under penalties as provided by law pursuant to 28 U.S.C. § 1746 and under penalties of perjury, the undersigned, certifies that a copy of this notice was served on the above listed attorneys by:

\_\_\_\_    Hand delivering same to the above attorneys at the above addresses;

**X**    Depositing same in the U.S. Mail Depository at 20 South Clark Street, Chicago, Illinois with proper postage prepaid;

\_\_\_\_    Transmitting same to the above attorneys via facsimile;

\_\_\_\_    Submitting same via overnight courier; or

**X**    Serving same pursuant to Electronic Case Filing

on this **11TH** day of August, 2008.

By: /s/ David A. Axelrod

DAVID A. AXELROD & ASSOCIATES, P.C.
20 S. Clark Street, Suite 2200
Chicago, Illinois 60603
(312) 782-4600