## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SALVADOR GOMEZ, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 3625 |
| | ) | |
| v. | ) | Judge Hart |
| | ) | Magistrate Judge Mason |
| CAR-MIN CONSTRUCTION CO., | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED NOTICE OF MOTION

To:  Mr. Alejandro Caffarelli
     Caffarelli & Siegel, Ltd.
     Two Prudential Plaza
     180 N. Stetson Avenue, Suite 3150
     Chicago, IL 60601
     (312) 540-1230
     (312) 540-1231 (Fax)
     E-Mail: a.caffarelli@caffarelli.com

**PLEASE TAKE NOTICE** that on Wednesday, August 27, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before **The Honorable William T. Hart,** or any judge sitting in his stead, in Courtroom 2243 of the United States District Court located at 219 S. Dearborn Street in Chicago, Illinois, and will then and there present **MOTION TO STRIKE A PORTION OF EXHIBIT A AND PARAGRAPH FOUR OF THE COMPLAINT AT LAW**, a copy of which is attached hereto.

                                        CAR-MIN CONSTRUCTION CO.


                                        By:    /s/ David A. Axelrod
                                            One of Its Attorneys

David A. Axelrod
Robert A. Cohen
Lyle K. Henretty
David A. Axelrod & Associates, P.C.
20 S. Clark Street, Suite 2200
Chicago, Illinois 60603
(312) 782-4600

**CERTIFICATE OF SERVICE**

  Under penalties as provided by law pursuant to 28 U.S.C. § 1746 and under penalties of perjury, the undersigned, certifies that a copy of this notice was served on the above listed attorneys by:

\_\_\_\_ Hand delivering same to the above attorneys at the above addresses;

**X** Depositing same in the U.S. Mail Depository at 20 South Clark Street, Chicago, Illinois with proper postage prepaid;

\_\_\_\_ Transmitting same to the above attorneys via facsimile;

\_\_\_\_ Submitting same via overnight courier; or

**X** Serving same pursuant to Electronic Case Filing

on this **14TH** day of August, 2008.


              By: /s/ David A. Axelrod


DAVID A. AXELROD & ASSOCIATES, P.C.
20 S. Clark Street, Suite 2200
Chicago, Illinois 60603
(312) 782-4600