UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Salvador Gomez
                       Plaintiff,

v.                                                Case No.: 1:08−cv−03625
                                                      Honorable William T. Hart

Car−Min Construction Co.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable William T. Hart:Status hearing held. Defendant's motion to strike a portion of exhibit A and paragraph four of the complaint [17] is granted without prejudice. Defendant may defer release of financial information. Discovery ordered closed by 2/27/2009. Status hearing set for 10/15/2008 at 11:00 AM. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.